### AMES *vs.* MERRIMAN.

An affidavit to found a motion for judgment as in case of nonsuit may be made by the defendant as well as by the attorney; but the affidavit of the clerk of the attorney will not be received.

April 4.

IN this case, it was objected to a motion for judgment as in case of nonsuit, that the affidavit on which the motion was founded, being made by the defendant, and not by the attorney in the cause, the motion ought not to be granted. But the objection was overruled by the CHIEF JUSTICE, who said that although it had been decided that the affidavit of the clerk of the attorney would not be received, no objection was perceived to permitting the party himself to make the affidavit.